**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 26-** |
| **v.** | : | **DATE FILED: 09/21/26** |
| **DILEA OCHOA-PEREZ** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 611 (voting by alien – 2 counts)** |

**MISDEMEANOR INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about November 8, 2022, in Chester County, in the Eastern District of Pennsylvania, defendant

**DILEA OCHOA-PEREZ,**

an alien, knowing that she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of United States Senator.

In violation of Title 18, United States Code, Section 611.

**COUNT TWO**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about November 5, 2024, in Chester County, in the Eastern District of Pennsylvania, defendant

**DILEA OCHOA-PEREZ,**

an alien, knowing that she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, and United States Senator.

In violation of Title 18, United States Code, Section 611.

/FOR

**DAVID METCALF**
**United States Attorney**